Eastern District of Kentucky
FILED
AUG 24 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:08-CV-193 **FILED ELECTRONICALLY**

UNITED STATES OF AMERICA PLAINTIFF

VS. ORDER FOR DISTRIBUTION OF SALE PROCEEDS AND TO STRIKE ACTION FROM DOCKET

TRACY H. MILNER, ET AL DEFENDANTS

* * * * * * *

This matter having come before the Court upon the Motion of the plaintiff for the distribution of the proceeds of the sale of the real property which is the subject of the mortgage foreclosure action, and the Court having considered the Motion and being advised, and it appearing that the plaintiff, the United States of America, is entitled to receive all of the sale of the proceeds; for cause shown it is

ORDERED herein as follows:

(1) The Motion of the plaintiff for the entry herein by and is GRANTED.

(2) The United States Marshal for the Eastern District of Kentucky is hereby ordered to disburse the sum of $41,600.00, now in the Marshal's hand, to the United States of America,

acting for and on behalf of its Department of Agriculture, Rural Development, representing the proceeds of the foreclosure sale held herein in satisfaction of the Judgment entered in favor of the plaintiff by the Court of January 27, 2009.

(3) The Clerk of the court is hereby directed to STRIKE this action from the active docket of the Court.

Date: 8/21/09

Jennifer B. Coffman
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

DISTRIBUTION:

ECF Notification to Counsel for Plaintiff
1 copy United States Marshal